### (October 21, 1941.)

In the Matter of the Application of FRANK KENNEDY, Appellant, for an Order Declaring an Alleged Certificate of Nomination Filed by the Republican Party Officials of the Town of Pelham with the Election Board of the County of Westchester a Nullity and Directing the Board of Elections and the Commissioners Thereof to Prepare an Official Ballot for the General Election to Be Held in the Town of Pelham on the 4th Day of November, 1941, as Though No Certificate Was Filed, against ERNEST F. EILERT and JAMES H. SULLIVAN, Constituting the Board of Elections of the County of Westchester, and HAROLD W. DAVIS, GEORGE O'SULLIVAN, KNEELAND S. DURHAM, HAMILTON E. CHILDS, CHARLES S. NELSON and JOHN R. DILLON, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals granted. Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of MAX TORCHIN and WILLIAM STANLEY MILLER, Appellants, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, for an Order Placing the Name of William Stanley Miller upon the Voting Machines in the County of Kings, for the Office of Surrogate of the Said County of Kings, as a Candidate for Said Office of the American Labor Party, and for a Further Order Enjoining and Restraining the Said Board of Elections of the City of New York from Printing and Placing upon the Voting Machines the Name of Robert H. Haskell as Candidate for the Said Office of Surrogate by the American Labor Party. In the Matter of the Petition of ROBERT H. HASKELL, for an Order Directing the Board of Elections in the City of New York to Place His Name upon the Official Election Ballot and Voting Machines as a Candidate for Surrogate, Kings County, of the American Labor Party in the Election to Be Held November 4, 1941, and to Restrain and Enjoin Said Board of Elections in the City of New York from Printing the Name of Any Other Person upon Such Ballot and Voting Machines in Said Election as Candidate of the American Labor Party, for the Public Office of Surrogate, Kings County. ROBERT H. HASKELL and FRANCIS D. McGAREY, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals granted. Carswell, Adel, Taylor and Close, JJ., concur.

### (October 22, 1941.)

In the Matter of the Application of JACK A. HORNER for Admission to Practice as an Attorney and Counselor at Law. (From the State of Oklahoma.) — Application granted. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Petition of EDWARD A. ZRAICK and Others, Appellants, for an Order Restraining and Enjoining S. HOWARD COHEN and Others, the Said Persons Constituting the Board of Elections of the City of New York, from Placing the Name of BENJAMIN BRENNER upon Any Voting Machine or upon Any Ballot as a Republican Candidate for County Judge in the General Election to Be Held on November 4th, 1941, and BENJAMIN BRENNER and JOHN R. CREWS, Chairman, Kings County Executive Committee for the Republican Party, etc., Respondents.